IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SEAN CHRISTOPHER HODGES, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>BEN COLLINS, WESLEY CANNON, )<br>and CITY OF BYRON, GEORGIA, )<br>)<br>   Defendants. | Civil Action No. 5:12-CV-00202 MTT<br><br>**Jury Trial Demanded** |

## AMENDED STIPULATION OF DISMISSAL

COME NOW, the Plaintiff and Defendants Wesley Cannon and the City of Byron, Georgia, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay it's own fees and costs.

Respectfully submitted this 17th day of October, 2013.

CONSENTED TO BY:

/s/Joyce M. Mocek
Joyce M. Mocek
Georgia Bar No. 515005
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, GA 30339-5948
770-818-0000
jmocek@fmglaw.com

Attorneys for Defendants
Cannon & City of Byron, Georgia

/s/William J. Atkins
William J. Atkins
Georgia Bar No. 027060
/s/David B. Fife
David B. Fife
Georgia Bar No. 259871
Atkins & Fife, LLC
6400 Powers Ferry Road
Suite 355
Atlanta, GA 30339
404-969-4130
bill@atkinsfife.com
david@atkinsfife.com

Attorneys for Plaintiff